# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 615
    Plaintiff

CIVIL ACTION

V.

NO. 09-12223-GAO

NEWMARK KNIGHT FRANK GLOBAL MGT SERVICES
    Defendant

## SETTLEMENT ORDER OF DISMISSAL

O'TOOLE      D. J.

The Court having been advised on MAY 5, 2010 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

5/5/10                        /s/ Paul Lyness
Date                        Deputy Clerk

(Dismissal Settlement.wpd - 12/98)